IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DELOIS PIPPEN, as Special Administratrix                              PLAINTIFFS
of the Estate of Lucille G. Billings, deceased,
and on behalf of the wrongful death beneficiaries
of Lucille G. Billings; and On Behalf of All Others
Similarly Situated


vs.                               Case No. 1:16-cv-01069-SOH


PINEWOOD HEALTH AND REHABILITATION, LLC;
ARKANSAS SNF OPERATIONS ACQUISITION, LLC;
ARKANSAS NURSING HOME ACQUISITION, LLC;
CSCV HOLDINGS, LLC; CAPITAL FUNDING GROUP, INC.;
SLC PROFESSIONALS, LLC; SLC PROFESSIONALS AR7, LLC;
SLC PROFESSIONALS HOLDINGS, LLC; SLC OPERATIONS
HOLDINGS, LLC; SLC OPERATIONS, LLC; SLC
ADMINISTRATIVE SERVICES OF ARKANSAS, LLC;
SENIOR LIVING COMMUNITIES OF ARKANSAS, LLC;
ADDIT, LLC; SLC OPERATIONS MASTER TENANT, LLC;
SLC PROPERTIES, LLC; 1101 WATERWELL ROAD, LLC;
CSCV ARKANSAS REALTY, LLC; ALAN ZUCCARI;
BRIAN REYNOLDS; JOHN W. DWYER; DANIEL BAIRD;
TROY MORRIS, in his capacity as Administrator of Pinewood
Health and Rehabilitation, LLC; EMILY GREENE, in her
capacity as Administrator of Pinewood Health and Rehabilitation, LLC;
CAROL HOELSCHER, in her capacity as Administrator of Pinewood
Health and Rehabilitation, LLC; and BARNEY L. PIERCE, in his
capacity as Administrator of Pinewood Health and Rehabilitation, LLC        DEFENDANTS

**MOTION TO STAY DISCOVERY**

Defendants, by and through their counsel, Kutak Rock LLP, for their motion to stay

discovery, state:

1.      This action commenced on February 3, 2016, when the Plaintiff filed her Class

Action Complaint in the Circuit Court of Ashley County, Arkansas.

4826-2430-2901.1

2.      On June 23, 2016, the Plaintiff served upon the Defendants separate sets of written discovery titled "First Set of Interrogatories and Requests for Production of Documents."

3.      On July 15, 2016, Separate Defendants Troy Morris and Alan Zucarri filed their Notice of Removal of this action from the Circuit Court of Ashley County, Arkansas to the United States District Court for the Western District of Arkansas under 28 U.S.C. §§ 1332(d), 1441, 1446, and 1453.

4.      The Federal Rules of Civil Procedure apply to all civil actions removed from state court.  Fed.R.Civ.P. 81(c)(1). The Rules do not allow either party to seek discovery, with the exception of initial disclosures, until a Rule 26(f) conference has taken place.  Fed.R.Civ.P. 26(d)(1).

5.      Upon removal to this Court, the Plaintiff's written discovery is premature under the Federal Rules of Civil Procedure.

WHEREFORE, Defendants respectfully request that the Court enter an Order staying Defendants' obligation to respond to Plaintiff's pre-removal written discovery until a Rule 26(f) conference has taken place, and for all other relief this Court deems just and proper.

4826-2430-2901.1

**KUTAK ROCK LLP**

By: /s/ John Trice

Mark W. Dossett, Ark. Bar No. 95174
Dale W. Brown, Ark. Bar No. 2004121
John G. Trice, Ark. Bar No. 93145
234 East Millsap Road, Suite 200
Fayetteville, AR 72703-4099
Telephone: (479) 973-4200
Facsimile: (479) 973-0007
Mark.Dossett@KutakRock.com
Dale.Brown@KutakRock.com
John.Trice@KutakRock.com

and

Jess Askew III, Ark. Bar No. 86005
Andrew King, Ark. Bar No. 2007176
124 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201-3706
(501) 975-3000 Telephone
(501) 975-3001 Facsimile
jess.askew@kutakrock.com
andrew.king@kutakrock.com

*Attorneys for Troy Morris and all other
Defendants*

4826-2430-2901.1

CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

- Matthew David Swindle     matthew@reddickmoss.com, deshae@reddickmoss.com

I hereby certify that on July 20, 2016, I mailed the foregoing document by first-class U.S. Mail, postage prepaid to the following non CM/ECF participants:

Brian D. Reddick                             H. Gregory Campbell
Brent L. Moss                                CAMPBELL LAW FIRM, P.A.
Robert W. Francis                            One Information Way, Box 101
Matthew D. Swindle                           Little Rock, AR 72202
REDDICK MOSS, PLLC
One Information Way, Suite 105
Little Rock, AR 72202


                            /s/ John G. Trice

4826-2430-2901.1